# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BASEMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRMA VIHLIDA, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 13 – 669 <br><br> District Judge Nora Barry Fischer <br> Chief Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

Pending before the Court in this case are Motions to Dismiss filed by the Defendants at Doc. Nos. 28, 31, and 39, and a Report and Recommendation issued by Chief Magistrate Judge Lenihan at Doc. No. 63, recommending that the Court grant the three pending motions. The parties were served with the Report and Recommendation and informed that they had until February 18, 2014 to file written objections. Plaintiff filed objections on February 13, 2014, but the Court finds that they do not undermine the recommendation of the magistrate judge. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered.

**AND NOW**, this 19th day of February, 2014,

**IT IS HEREBY ORDERED** that the Motions to Dismiss filed at Doc. Nos. 28, 31 and 39 are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Transcript filed at Doc. No. 60 is **GRANTED** but Plaintiff shall be required to pay for the cost of the transcript.

**IT IS FURTHER ORDERED** that the Report and Recommendation filed at Doc. No. 63 is adopted as the Opinion of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: William Basemore
AS-0426
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
*Via First Class Mail*

Counsel of Record
*Via ECF Electronic Mail*